THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | |
|---|---|
| **Kimberly Pollard, et al.,** | \* |
| | \* |
| | \* |
| v. | \* 2:16-CV-00238-J |
| | \* |
| | \* |
| **Church of God in Christ Inc, et al.,** | \* |
| | \* |

## ORIGINAL RULE 16 SCHEDULING ORDER

1. The parties shall be ready for trial by **September 18, 2017**. This is not a trial setting. This case will be set for trial by later order of the Court.

2. Unless this case is exempt under Rule 26(a)(1)(B) of the Federal Rules of Civil Procedure, counsel and any parties not represented by counsel will conduct a Rule 26(f) conference within 21 days from the date of this order. Rule 26(a)(1) disclosures are required not later than 14 days after the Rule 26(f) conference.

Counsel are reminded that the disclosures by Rule 26(a)(1) are not to be filed with the Clerk.

3. The parties shall confer to develop a discovery plan and immediately after the Rule 26(f) conference begin discovery necessary for meaningful settlement negotiations and for mediation. Counsel shall file a joint report setting forth the status of settlement negotiations by **April 24, 2017**. If the case has not settled, it will be subject to mandatory mediation.

4. All discovery procedures shall be initiated in time to complete discovery by **July 17, 2017**. Counsel may extend the discovery deadline for a specific discovery procedure by written agreement. However, no such extension will be considered good cause for an extension of any other deadline or the time for mediation.

5. Parties seeking affirmative relief must file a written designation of expert witnesses by **March 20, 2017**, and must provide Rule 26(a)((2) disclosures to all other parties by **April 17, 2017**. Parties opposing affirmative relief must file a written designation of expert witnesses by **April 10, 2017**, and must provide Rule 26(a)(2) disclosures to all other parties by **May 8, 2017**.

The expert designations are to be filed. Parties are to exchange Rule 26(a)(2) expert reports, but are not to file them.

6. Motions deadlines are as follows:

To join parties: **February 27, 2017**.

To amend pleadings: **July 10, 2017**.

For summary judgment: **July 17, 2017**.

All other motions except motions in limine: **August 14, 2017**.

7. The deadline for filing Rule 26(a)(3) disclosures is **September 5, 2017**.

8. THESE SCHEDULING DEADLINES WILL BE FIRM and shall not be modified except as specifically provided for herein or by leave of Court upon a detailed factual showing of good cause and due diligence in compliance with this Order.

It is SO ORDERED this the 5th day of January, 2017.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE