# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| KIMBERLY D. POLLARD and J.S. (A Minor Child), | § § § | |
| PLAINTIFFS, | § | |
| vs. | § § | CIVIL ACTION CAUSE NUMBER |
| CHURCH OF GOD IN CHRIST, INC., an Active Domestic Tennessee Nonprofit Corporation, and CHURCH OF GOD IN CHRIST, BOARD OF BISHOPS, and BISHOP JAMES L'KEITH JONES, | § § § § § § | 2:16-CV-238-J |
| DEFENDANTS. | § § | |

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

Before the Court is the Plaintiffs' motion, filed March 9, 2017, for entry of a final default judgment against Defendant Bishop James L'Keith Jones. Defendant Jones has not filed a response to this motion, has been personally served, but has not filed an answer or otherwise appeared in this case. On March 2, 2017, the Clerk certified the facts that Defendant Jones had been served with process but had not filed an answer to the Plaintiffs' original complaint. It is clear from the record that Defendant Jones was personally served, but failed to timely file an answer or otherwise timely respond in this civil lawsuit. Plaintiffs' motion for entry of a final default judgment is therefore granted.

It is SO ORDERED.

Signed this the _17th_ day of March, 2017.

MARY LOU ROBINSON
SENIOR UNITED STATES DISTRICT JUDGE