IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| KIMBERLY D. POLLARD and J.S. (A Minor Child), | § § | |
| PLAINTIFFS, | § | |
| vs. | § § | CIVIL ACTION CAUSE NUMBER |
| CHURCH OF GOD IN CHRIST, INC., an Active Domestic Tennessee Nonprofit Corporation, and CHURCH OF GOD IN CHRIST, BOARD OF BISHOPS, and BISHOP JAMES L'KEITH JONES, | § § § § § § | 2:16-CV-238-J |
| DEFENDANTS. | § § | |

## FINAL JUDGMENT

The Court having granted Plaintiffs' motion for entry of a final default judgment in favor of the Plaintiffs and against Defendant Bishop James L'Keith Jones, Individually, because of the Defendant's default by failure to timely answer the Plaintiffs' original complaint, a final default judgment is hereby entered in favor of Plaintiffs Kimberly D. Pollard, Individually and as Personal Representative of J.S., a minor, against Defendant Bishop James L'Keith Jones, Individually, in the total amount of $750,000.00 in damages, plus reasonable and necessary costs in this action. This judgment is a final judgment on all of the claims and causes of action brought herein by both the Plaintiffs against Defendant Bishop James L'Keith Jones.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiffs Kimberly D. Pollard, Individually and as Personal Representative of J.S., a minor, have and recover the sum of Seven Hundred and Fifty Thousand Dollars and No Cents ($750,000.00) from Defendant Bishop James L'Keith Jones', Individually, plus Plaintiffs' reasonable and necessary costs; and it is

FURTHER ORDERED, ADJUDGED, and DECREED that the Plaintiffs recover post-judgment interest on the total amount awarded herein at an annual rate of 1.01% per annum from the date of this Final Judgment until it is paid in full.

It is SO ORDERED, ADJUDGED, and DECREED.

Signed and Entered this the 17th day of March, 2017.

_____
MARY LOU ROBINSON
SENIOR UNITED STATES DISTRICT JUDGE