IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | |
|---|---|
| KIMBERLY D. POLLARD and J.S. (A Minor Child),<br>　　　　PLAINTIFFS,<br>vs.<br><br>CHURCH OF GOD IN CHRIST, INC., an Active Domestic Tennessee Nonprofit Corporation, and CHURCH OF GOD IN CHRIST, BOARD OF BISHOPS, and BISHOP JAMES L'KEITH JONES,<br>　　　　DEFENDANTS. | CIVIL ACTION CAUSE NUMBER<br><br>2:16-CV-238-J |

## ORDER TO FILE REPORT

Before the Court is the Plaintiffs' Rule 26(f) report, filed April 24, 2017. Defendants have not joined in that report, nor have they filed their own report.

Defendants are to immediately file their response(s) to the Plaintiffs' Rule 26(f) report.

It is SO ORDERED.

Signed this the 27th day of April, 2017.

s/ Mary Lou Robinson
**MARY LOU ROBINSON**
SENIOR UNITED STATES DISTRICT JUDGE