# United States District Court
# Northern District of Texas

### Writ of Execution

Kimberly D Pollard, et al
_____
*Plaintiff*

v.

Church Of God In Christ, Inc., et al
_____
*Defendant*

Case No.   2:16-CV-238-J
_____

(Complete the following if judgment was rendered
in another district.)

District _____

Docket No. _____

Date Entered _____

## TO ANY UNITED STATES MARSHAL IN THE STATE OF TEXAS:

WHEREAS, on the 17th day of ___March___, A.D., 2017 in a cause styled as above, judgment was rendered in this Court, or other United States District Court as indicated above and registered herein, in favor of Kimberly D. Pollard and J.S. ( A minor Child)
_____

against  Bishop James L'Keith Jones
_____ ,

hereinafter called judgment debtor, for the sum of $ $750,000.0( with interest thereon at the rate of  1.01

percent per annum from the  17th  day of ___March___, A.D., 2017 until paid, together with costs which have been taxed to date by the Clerk of Court in the sum of $ 0 _____ ;

AND WHEREAS, according to an affidavit on the reverse side hereof, executed by or in behalf of the judgment creditor, there remains due and unpaid the following sums:

$ 0 _____   Unpaid balance of costs specified hereinabove taxed by the Clerk of Court

$ 750,000.00 ___   Judgment

$ 2,905.00 ___   Interest on Judgment

and further interest will accrue on the unsatisfied judgment in the sum of $ 20.75 _____ per day from date of the aforesaid affidavit;

THEREFORE YOU ARE COMMANDED, that of the goods and chattels, lands and tenements of the said judgment debtor you cause to be paid the full amount of said judgment, interest, and costs, with the further costs of executing this writ.

HEREIN FAIL NOT, and have you the said monies, together with this writ, before this Court within ninety (90) days from the date of this writ.

WITNESS my hand and the seal of this Court at ___Amarillo___, Texas, this ___7___ day of ___August___, 2017 .

KAREN MITCHELL, CLERK

By ___A. Cobb_____
Deputy Clerk

## AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I,_____Jerry G. Matthews_____, judgment creditor or duly authorized agent or attorney acting in the capacity specified under my signature, do hereby swear or affirm that all of the recitals on the reverse side of this instrument relating to the entry of judgment and costs are true and correct; and, after application of all credits, first against costs, second against accrued interest, and third against the judgment as entered, there remains unpaid and unsatisfied the sums specified, and that further interest will accrue as shown.

Dated this __7th__ day of __August__, A.D., __2017__.

Signature and capacity in which signed: Attorney for Plaintiffs

Address: 300 W Bedford

Dimmitt, Texas 79027

Telephone Number: 806-647-0404

STATE OF __Texas__

COUNTY OF __Castro__

On this date there appeared before me, the undersigned authority, the person whose name is subscribed to the foregoing instrument and on his oath did swear or affirm that he has knowledge of the facts stated therein, that such facts are true and correct, and that he has authority to execute the instrument in the capacity stated therein.

Date: August 7, 2017

JENNIFER MARIE SAENZ
My Commission Expires
September 23, 2018
NOTARY PUBLIC
STATE OF TEXAS

Jennifer Marie Saenz, Notary
Title

## MARSHAL'S RETURN

Received this writ at _____, on _____
and executed as follows:

UNITED STATES MARSHAL

By _____
Deputy Marshal