# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| **KIMBERLY D. POLLARD and** | § | |
| **J.S. (MINOR CHILD),** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Case No. 2:16-cv-000238-J** |
| **v.** | § | |
| | § | |
| **CHURCH OF GOD IN CHRIST, INC.;** | § | |
| **CHURCH OF GOD IN CHRIST,** | § | |
| **BOARD OF BISHOPS; and BISHOP** | § | |
| **JAMES L'KEITH JONES** | § | |
| | § | |
| **Defendants.** | § | |

## CHURCH OF GOD IN CHRIST, INC.'S
## APPENDIX IN SUPPORT OF
## MOTION FOR FINAL SUMMARY JUDGMENT ON
## KIMBERLY POLLARD'S CLAIMS

July 25, 2016 Affidavit of Kimberly Pollard and Exhibits................................................001

Plaintiff's Responses to First Set of Interrogatories......................................................047

Affidavit of Uleses C. Henderson, Jr...............................................................................054

**CHURCH OF GOD IN CHRIST, INC.'S**
**APPENDIX IN SUPPORT OF**
**MOTION FOR FINAL SUMMARY JUDGMENT ON**
**KIMBERLY POLLARD'S CLAIMS - Page 1**

                        Respectfully submitted,

By: */s/Justin L. Jeter*
     Justin L. Jeter
     State Bar No. 24012910
     JETER MELDER, LLP
     1111 S. Akard Street, Suite 100
     Dallas, Texas 75215
     Tel: 214.699.4758
     Fax: 214.593.3663
     Email: justin@jetermelder.com

**ATTORNEY FOR THE CHURCH**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Court on August 18, 2017, using the CM/ECF system and was served on the following:

Jerry G. Matthews
300 West Bedford Street
Dimmitt, TX 79027

Ron McLaurin
1401 Crickets Avenue
Lubbock, TX 79401

Ronald Spriggs
Levi Spriggs
1011 S. Jackson
Amarillo, TX 79101

By: /s/Justin L. Jeter
Justin L. Jeter