# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| **KIMBERLY D. POLLARD and** | § | |
| **J.S. (MINOR CHILD),** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Case No. 2:16-cv-000238-J** |
| v. | § | |
| | § | |
| **CHURCH OF GOD IN CHRIST, INC.;** | § | |
| **CHURCH OF GOD IN CHRIST,** | § | |
| **BOARD OF BISHOPS; and BISHOP** | § | |
| **JAMES L'KEITH JONES** | § | |
| | § | |
| **Defendants.** | § | |

# CHURCH OF GOD IN CHRIST, INC.'S
# APPENDIX IN SUPPORT OF
# MOTION FOR FINAL SUMMARY JUDGMENT ON
# J.S.'S CLAIMS

July 25, 2016 Affidavit of Kimberly Pollard and Exhibits..............................................001

Plaintiff's Responses to First Set of Interrogatories....................................................047

Affidavit of Uleses C. Henderson, Jr............................................................................054

Respectfully submitted,

By: */s/Justin L. Jeter*
Justin L. Jeter
State Bar No. 24012910
JETER MELDER, LLP
1111 S. Akard Street, Suite 100
Dallas, Texas 75215
Tel: 214.699.4758
Fax: 214.593.3663
Email: justin@jetermelder.com

**ATTORNEY FOR THE NATIONAL CHURCH**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Clerk of Court on August 18, 2017, using the CM/ECF system and was served on the following:

Jerry G. Matthews
300 West Bedford Street
Dimmitt, TX 79027

Ron McLaurin
1401 Crickets Avenue
Lubbock, TX 79401

Ronald Spriggs
Levi Spriggs
1011 S. Jackson
Amarillo, TX 79101

By: */s/Justin L. Jeter*
Justin L. Jeter

**CHURCH OF GOD IN CHRIST, INC.'S
APPENDIX IN SUPPORT OF
MOTION FOR FINAL SUMMARY JUDGMENT ON
J.S.'S CLAIMS - Page 3**